IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

OLLIE JACKSON,

    Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.;
ABC CORPS. #1-3; and JOHN DOES
#1-3

    Defendants.
_____/

CASE NO. 3:25-cv-00099-CDL

## ORDER

*IT IS HEREBY ORDERED* that the parties' Joint Stipulation Regarding Confidentiality of Materials, as properly filed on December 16, 2025, in the above-styled action, is hereby adopted, incorporated by reference herein, and made an Order of this Court.

*SO ORDERED* this the 17th day of December, 2025.

S/Clay D. Land
Honorable Clay D. Land, Judge
Middle District of Georgia, Athens Division

PREPARED BY:

*/s/ Joseph P. Menello*
Joseph P. Menello, Esquire
Georgia Bar No. 752378
Shivam Kumar, Esquire
Georgia Bar No. 881644
*Attorneys for Defendant Publix Super Markets, Inc.*